JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBERLYN BRACKIN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON SERVICES LLC, a Delaware limited liability company, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 5:25-cv-02151-AB (AJRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown by **December 31, 2025,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 17, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE